MICHAEL C. KANE. ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JANET L. MERRILL, ESQ.
Nevada Bar No. 10736
**THE702FIRM INJURY ATTORNEYS**
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
Telephone:  (702) 776-3333
Facsimile:  (702) 505-9787
E-Mail:  service@the702firm.com
janet@the702firm.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| CYNTHIA MOREAU,<br><br>    Plaintiff,<br>vs.<br><br>SAM'S WEST INC, dba SAM'S CLUB Store #8177; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | Case No.:   2:21-cv-00435-JAD-VCF<br><br><br><br>[ECF No. 35] |

### STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT and DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Upon agreement between Plaintiff CYNTHIA MOREAU ("Plaintiff"), by and through her attorneys of record, THE702FIRM INJURY ATTORNEYS, and Defendant SAM'S WEST INC, dba SAM'S CLUB Store #8177. ("Defendant"), by and through its attorneys of record, PHILLIPS, SPALLAS & ANGSTADT, the parties hereby stipulate and agree as follows:

1. There are two motions currently pending before the Court: (1) Plaintiff's Motion for Partial Summary Judgment (Document 28), and (2) Defendant's Motion for Summary

Judgment (Document 33).

2. Plaintiff's counsel, JANET L. MERRILL has contracted Covid (as of March 14, 2022) and has been unable to physically work.

3. Prior to filing this Stipulation, an extension to file Plaintiff's Reply and Response to both pending motions was requested from and granted by Defendants' counsel to allow Ms. Merrill time to recover.

4. That the briefing dates for said motions be continued to allow additional time for Plaintiff to file a Reply to Defendant's Response (Document 31) to Plaintiff's Motion for Partial Summary Judgment (Document 28); and a Response to Defendants' Motion for Summary Judgment (Document 33); and furthermore, to extend the time to allow Defendants to file a Reply to Plaintiff's Response.

5. The Parties further request that if the Court is agreeable to these extensions, that Plaintiff's Reply to Defendants' Response (Document 31) to Plaintiff's Motion for Partial Summary Judgment (Document 28), currently due March 25, 2022, would now be due April 1, 2022; and that Plaintiff's Reply to Defendant's Motion for Summary Judgment (Document 33) currently due April 4, 2022, would now be due April 11, 2022.

6. Defendant's Response to Plaintiff's Reply to Defendant's Motion for Summary Judgment would then be extended accordingly pursuant to the Court's Order.

WHEREFORE, the parties respectfully request that the Court grant this request to extend

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

the deadlines as outlined above.

IT IS SO STIPULATED.

Dated this ____ day of March 2022          Dated this _____ day of March 2022

**THE702FIRM INJURY ATTORNEYS**          **PHILLIPS SPALLAS & ANGSTADT**

By: */s/ Joel Hengstler*                 By: */s/ Megan E. Wessel*

MICHAEL C. KANE. ESQ.                    ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 10096                     Nevada Bar No. 11441
BRADLEY J. MYERS, ESQ.                   MEGAN E. WESSEL, ESQ.
Nevada Bar No. 8857                      Nevada Bar No. 14131
JANET L. MERRILL, ESQ.                   504 S. 9th Street
Nevada Bar No. 10736                     Las Vegas, NV 89101
JOEL HENGSTLER, ESQ.                     *Attorneys for Defendant*
Nevada Bar No. 11597
400 S. 7th Street, 4th Floor
Las Vegas, NV 89101
*Attorneys for Plaintiff*

## ORDER

IT IS HEREBY ORDERED that the briefing schedule on Plaintiff's Motion for Partial Summary Judgment (Document 28), and Defendant's Motion for Summary Judgment (Document 33), on file in the above-captioned matter, shall be extended as stipulated by the parties, above.

Plaintiff shall file her Reply to Defendants' Response (Document 31) to Plaintiff's Motion for Partial Summary Judgment (Document 28), on or before **April 1, 2022**; and Plaintiff shall file her Response to Defendant's Motion for Summary Judgment (Document 33) on or before **April 11, 2022**.

Defendants shall file their Reply to Plaintiff's Response to Defendant's Motion for Summary Judgment on or before **April 25, 2022**.

IT IS SO ORDERED.

DATED this 21st day of March, 2022.        _____
                                           UNITED STATES DISTRICT JUDGE